# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

162767 & (35)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RICKY DALE JACK,
      Defendant-Appellee.

SC: 162767
COA: 354524
Ingham CC: 18-001048-FC

_____/

      On order of the Court, the motion for immediate consideration of the motion to stay is GRANTED. The application for leave to appeal the March 11, 2021 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to stay the precedential effect of the published Court of Appeals opinion is DENIED as moot.

      ZAHRA, J., would direct oral argument on the application.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021

b0519

Clerk